UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN MESAEL NOVOA,<br>  aka Lord of Frenzied Flame,<br>  aka @Father2High,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br><br>18 U.S.C. §§ 115(a)(1)(B) and (b)(4)<br>18 U.S.C. § 875(c)<br><br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Threatening to Assault or Murder a Federal Law Enforcement Officer)

1. On or about November 9, 2025, in the Southern District of Ohio, the defendant, **JUSTIN MESAEL NOVOA, aka Lord of Frenzied Flame, aka @Father2High,** did threaten to assault and murder federal law enforcment officers, specifically, Immigration and Customs Enforcement (ICE) agents, with the intent to impede, intimidate, and interfere with the ICE agents while they were engaged in the performance of their official duties or with the intent to retaliate against the ICE agents on account of the performance of their official duties.

In violation of 18 U.S.C. §§ 115(a)(1)(B) and (b)(4).

### COUNT 2
### (Transmitting Threatening Communications in Interstate Commerce)

2. On or about November 9, 2025, in the Southern District of Ohio, the defendant, **JUSTIN MESAEL NOVOA, aka Lord of Frenzied Flame, aka @Father2High,** knowingly did transmit in interstate and foreign commerce an electronic communication containing a threat to

injure the person of another, specifically, a threat to shoot Immigration and Customs Enforcement (ICE) agents.

**In violation of 18 U.S.C. § 875(c).**

## FORFEITURE ALLEGATION

3. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

4. Upon conviction of any offense alleged in this Indictment, the defendant, **JUSTIN MESAEL NOVOA, aka Lord of Frenzied Flame, aka @Father2High,** shall forfeit to the United States, in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such offense, including, but not limited to, the following:

- A Mossberg shotgun, serial number V2127927;
- A Remington 870 shotgun, serial number B606298M;
- A Century Arms VSKA rifle, serial number SV7121558;
- A Smith & Wesson M&P 15 rifle, serial number TE16915;
- A Glock 26 Gen 5 pistol, serial number AKYK671; and
- Any associated ammunition and magazines.

**Forfeiture in accordance with 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**A TRUE BILL**

*s/Foreperson*
**FOREPERSON**

DOMINICK S. GERACE II
UNITED STATES ATTORNEY

*/s/ Timothy D. Prichard*

TIMOTHY D. PRICHARD (0059455)
Assistant United States Attorney

3