United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                                                   Case No. 2:26-mj-29

Justin Mesael Novoa

## COURTROOM MINUTES
### Detention Hearing

|  | **U.S. Magistrate Judge Kimberly A. Jolson** | **Date:** | February 5, 2026 @ 2:00 pm |
|---|---|---|---|
| **Deputy Clerk** | Jessica Rector | **Counsel for Govt:** | Tim Prichard |
| **Court Reporter** | CourtSmart | **Counsel for Deft(s):** | Adam Burke |
| **Interpreter** |  | **Pretrial/Probation** | Tiara Turner |
| **Log In** | 2:01 pm | **Log Out** | 2:24 pm |

Government argues for detention.

Defendant argues for release.

Order setting conditions of release issued.